UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-20587-CR-SCOLA

UNITED STATES OF AMERICA

v.

ANTONIO MACLI, et al.,

        Defendants.
_____/

**UNITED STATES' FILING OF SUPPLEMENTAL EXHIBIT TO
ITS RESPONSE TO DEFENDANTS' MOTION IN LIMINE TO
EXCLUDE EXPERT WITNESSES AND LAY OPINION**

      The United States hereby attaches this exhibit as a supplement to the United States' Response to Defendants' Motion *In Limine* to Exclude Expert Witness and Lay Opinion. The attached exhibit is a copy of the portion of the transcript wherein the United States' expert, Dr. Marvin Hertz, previously testified in the PHP fraud trial, United States v. Judith Negron, et al., Case No. 10-20767-CR-King. The United States expects Dr. Hertz to similarly testify in the instant case. The testimony was properly admitted by Judge King in that case.

                                                             Respectfully submitted,

                                                             WIFREDO A. FERRER
                                                             UNITED STATES ATTORNEY

                                                             /s/ Alicia E. Shick
                                                            ALICIA E. SHICK
                                                            ASSISTANT UNITED STATES ATTORNEY
                                                           FL BAR # 124842
                                                           99 N.E. 4th Street
                                                           Miami, Florida 33132
                                                           (305) 961-9317 (phone); (305) 530-6168 (fax)
                                                           E-mail: Alicia.Shick@yahoo.com

**CERTIFICATE OF SERVICE**

     **I HEREBY CERTIFY** that I electronically filed a copy of this document with the Clerk using CM/ECF on March 13, 2012.

                                      /s/ Alicia E. Shick
                                      ALICIA E. SHICK
                                      ASSISTANT UNITED STATES ATTORNEY